926

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DORSEY, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Botein and Rabin, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of CHARLES J. FROMBERG, Deceased, Respondent. MORTON FROMBERG, Appellant; SYLVIA FROMBERG et al., Respondents.— Decree, insofar as appealed from, unanimously affirmed, with costs to respondent Levy. No opinion. Present — Peck, P. J., Cohn, Callahan, Botein and Rabin, JJ.

ALBERTA MILLER, Appellant, v. 146 WEST 117TH STREET, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Botein and Rabin, JJ.

ELIZABETH MUNZ, Appellant, v. JOHN W. MUNZ, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Botein and Rabin, JJ.

EDWARD C. MAGUIRE et al., Copartners Doing Business under the Name of MAGUIRE, FRUTKIN, WALDIE & RIPPE, Appellants, v. GEORGE P. MONAGHAN, as Commissioner of and Constituting the State Harness Racing Commission, et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [202 Misc. 550.] [See post, pp. 1049, 1129.]

In the Matter of the Accounting of ALBERTHA VAUGHAN, as Executrix of MAUD VAUGHAN, Deceased, Appellant. NEW YORK UNITED SABBATH DAY ADVENTIST CHURCH, INC., et al., Respondents.— Decree and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

ANNA KRAVITZ, Respondent, v. CITY OF NEW YORK, Respondent, and MAC ASPHALT CONSTRUCTION CORP., Appellant.— Judgment unanimously affirmed, with costs to defendant-respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See post, p. 1049.]

ETHEL FEINMAN, Plaintiff, v. BERNARD RICE SONS, INC., Defendant and Third-Party Plaintiff. JOSEPH B. FEINMAN, Third-Party Defendant and Fourth-Party Plaintiff-Appellant, v. LIBERTY MUTUAL INSURANCE COMPANY, Fourth-Party Defendant-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See post, p. 1023.]

BERLIN & JONES COMPANY, INC., Appellant, v. MONROE PAPER BOX COMPANY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See post, p. 1024.]